GAIL SHIFMAN (State Bar No. 147334)
Attorney at Law
44 Montgomery Street, Suite 3850
San Francisco, California 94104
Telephone: (415) 551-1500
Facsimile: (415) 551-1502

Attorney for Defendant
ANTHONY JOSEF NORRIS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.: CR 11-70588-EDL |
| | ) | |
| Plaintiff, | ) | **STIPULATION AND [PROPOSED]** |
| | ) | **ORDER MODIFYING CONDITIONS** |
| vs. | ) | **OF SUPERVISED RELEASE** |
| | ) | |
| ANTHONY JOSEF NORRIS, | ) | |
| | ) | |
| Defendant | ) | |
| | ) | |

Upon being advised that Pretrial Services has no objection and as contained in the Pretrial Services Report to be submitted to the Court today detailing Defendant's successful compliance to date, the parties hereby stipulate that the conditions of release shall be modified in the following manner:

1. Defendant shall seek employment and be able to attend job interviews upon approval of Pretrial Services. Any contract work or employment shall be subject to approval by Pretrial Services.

STIPULATION & [PROPOSED] ORDER
MODIFYING CONDITIONS OF SUPERVISED RELEASE                                               1

2. All other conditions shall remain the same.

Dated: September 9, 2011                                Dated: September 9, 2011

/s/                                                     /s/
_____                           _____
GAIL SHIFMAN                                            OWEN MARTIKAN
Attorney for Defendant                                  Assistant United States Attorney

[PROPOSED] ORDER

This matter having come before the Court upon the stipulation of the parties and the Court being advised, IT IS ORDERED that the conditions of pretrial release shall be modified in the following manner:

1. Defendant shall seek employment and be able to attend job interviews upon approval of Pretrial Services. Any contract work or employment shall be subject to approval by Pretrial Services.
2. All other conditions shall remain the same.

Dated: September _19_, 2011

_____
UNITED STATES MAGISTRATE JUDGE